UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHEILA KAYANNA JOSETTE REED,

                Plaintiff,                          Case No. 1:21-cv-12712

v.                                        Honorable Thomas L. Ludington
                                         United States District Judge

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,         Honorable Jonathan J.C. Grey
                                         United States Magistrate Judge

                Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Plaintiff Sheila Kayanna Josette Reed brought this case for a review of the denial of her applications for Social Security Disability Insurance under 42 U.S.C. §§ 416(I), 423 and Supplemental Security Income under 42 U.S.C. §§ 1381(a), 1382(a). ECF No. 1. The parties filed cross-motions for summary judgment. ECF Nos. 14; 16.

On March 6, 2023, Magistrate Judge Jonathan J.C. Grey issued a report recommending that Defendant's motion be granted, that Plaintiff's motion be denied, and that the Acting Commissioner's decisions denying benefits be affirmed. ECF No. 18. Judge Grey provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Grey's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the report.

Accordingly, it is **ORDERED** that Judge Grey's Report and Recommendation, ECF No. 18, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 14, is **DENIED**.

- 2 -

Further, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 16, is **GRANTED**.

Further, it is **ORDERED** that the Commissioner's decision is **AFFIRMED**.

Further, it is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes the above-captioned case**.

Dated: March 22, 2023                          s/Thomas L. Ludington
                                               THOMAS L. LUDINGTON
                                               United States District Judge